# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  WA:25-CR-00197(9)-ADA |
| | § | |
| (9) QUIENCY LAMONT MOORE | § | |

## ORDER

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed March 31, 2026, wherein the defendant (9) QUIENCY LAMONT MOORE waived appearance before this Court and appeared before United States Magistrate Judge Derek T. Gilliland for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation.   The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (9) QUIENCY LAMONT MOORE to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant (9) QUIENCY LAMONT MOORE's plea of guilty to Count One SS (1ss), Fourteen SS (14ss), Fifteen SS (15ss) is accepted.

Signed this 14th day of April, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE